# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 25, 2017

154551

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

JOHN HOLETON and PAULINE HOLETON,
    Plaintiffs-Appellees,

v

CITY OF LIVONIA, LAURA M. TOY,
MAUREEN MILLER BROSNAN, JOHN R.
PASTOR, BRANDON M. KRITZMAN,
JAMES C. McCANN, JOE LAURA, and
THOMAS A. ROBINSON,
    Defendants-Appellants.

SC: 154551
COA: 321501
Wayne CC: 14-000104-CZ

_____/

On order of the Court, the application for leave to appeal the August 2, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2017



Clerk

t0717